UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS R. MCLEAN, M.D.,
      Plaintiff,

v.                Case No. 15-2634-DDC

ROBERT A. MACDONALD, in his official
capacity as the Secretary of the Department of
Veterans Affairs, U.S. Department of Veterans
Affairs
      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to FRCP Rule 41(a)(1)(A)(ii), the parties jointly stipulate that the above-captioned action is dismissed with prejudice, each party to bear his/its own costs including attorney's fees and court costs.

Respectfully submitted,

s/ *Jeffrey W. Bruce*
JEFFREY W. BRUCE (KS Fed 70367)
2103 E. 195th Street
P.O. Box 797
Belton, Missouri
(816) 322-7400 (telephone)
(816) 914-7077 (mobile)
(816) 322-7402
Email: bruce.law@att.net
Lead Counsel for Plaintiff McLean

s/Andrea L. Taylor
ANDREA L. TAYLOR Ks. Fed. 70422
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
Email: Andrea.Taylor@usdoj.gov

Counsel for Defendant

Dated 04/22/2016